✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 10 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

JAMES D. BOYLE, ESQ. (NBN 08384)
E-mail: jboyle@nevadafirm.com
SEAN E. STORY, ESQ. (NBN 13968)
E-mail: sstory@nevadafirm.com
HOLLEY DRIGGS, WALCH
FINE WRAY PUZEY & THOMPSON
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone:   775/851-7700
Facsimile:   775/851-7681

DANIEL J. SCHACHT (Cal. Bar No. 259717, Admitted PVH)
dschacht@donahue.com
ERIC A. HANDLER (Cal. Bar No. 224637, Admitted PVH)
ehandler@donahue.com
NOAH R. DRAKE (Cal. Bar No. 313596, Admitted PVH)
ndrake@donahue.com
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone:   510/451-3300
Facsimile:   510/451-1527

*Attorneys for Plaintiff Red Whale, LLC*

THOMAS L. QUALLS, ESQ. (NBN 08623)
tq@tlqonline.com
Law Office of Thomas L. Qualls, Ltd.
720 Tahoe Street, Suite B
Reno, Nevada 89509
Telephone:   775/333-6633
Facsimile:   775/333-6696

*Attorneys for Defendant Blue Whale Coffee Company, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| RED WHALE, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>BLUE WHALE COFFEE COMPANY LLC, a Nevada limited liability company; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO.: 3:17-cv-0285-LRH-VPC<br><br>**STIPULATION REGARDING SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE VALERIE P. COOKE; AND REQUEST FOR ORDER EXCUSING CLIENT REPRESENTATIVES FROM ATTENDING SAME** |

Plaintiff Red Whale, LLC and defendant Blue Whale Coffee Company LLC (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree to the entry in the above-captioned action (the "Action") of an order excusing client representatives from attending the Status Conference presently set for July 17, 2018 (*see* Dkt. No. 40), based on the following:

1. The Parties engaged in a Settlement Conference on November 6, 2017 and the Court entered Minutes of Settlement Conference entered on this same date (DE 35) (the "Settlement Order").

2. In compliance with the Settlement Order, the Parties submitted a Joint Status Report on February 15, 2018 (Dkt. No. 36) and a Second Joint Status Report on May 7, 2018 (Dkt. No. 39).

3. In addition, this Court conducted a telephonic conference with counsel for the Parties on March 5, 2018 regarding the First Joint Status Report (*see* Dkt. No. 38).

4. On June 22, 2018, this Court set a Status Conference for July 17, 2018 at 2:00 p.m. and instructed that all Parties and their counsel are to attend the conference in-person (*see* Dkt. No. 40).

5. In the interim, counsel for Blue Whale sent an email to counsel for Red Whale on June 11, 2018, wherein Blue Whale reported that it "closing shop for good at the end of this month" and that "the doors will likely be closed for business before the . . . hearing date."

6. Insofar as Blue Whale is reporting that it is ceasing its business operations, and that counsel for Blue Whale will report on said status at the scheduled Status Conference on July 17, 2018, the Parties stipulate that client representatives for Red Whale and Blue Whale need not attend the Status Conference.

///

///

///

7.  Therefore, the Parties respectfully request that this Court enter an Order excusing client representatives from attending the Status Conference set for July 17, 2018.

8.  For the sake of reducing costs of travel from Las Vegas to Reno, counsel for Red Whale further requests that this Court enter an Order permitting him to attend said Status Conference telephonically.

IT IS SO STIPULATED.

Dated this 5th day of July, 2018.

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

/s/ James D. Boyle
James D. Boyle, Esq. (NBN 08384)
Sean E. Story, Esq. (NBN 13968)
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101

DONAHUE FITZGERALD LLP

Daniel J. Schacht (Admitted PVH)
Eric A. Handler (Admitted PHV)
Noah R. Drake (Admitted PHV)
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520

*Attorneys for Plaintiff Red Whale, LLC*

Dated this 5th day of July, 2018.

**LAW OFFICES OF THOMAS L. QUALLS, LTD.**

/s/ Thomas L. Qualls
Thomas L. Qualls, Esq. (NBN 08623)
720 Tahoe Street, Suite B
Reno, Nevada 89509

*Attorney for Defendant Blue Whale Coffee Company, LLC*

IT IS SO ORDERED.

DATED: July 10, 2018.

_____
UNITED STATES MAGISTRATE JUDGE