James D. Boyle, Esq. (NBN 08384)
jboyle@nevadafirm.com
Sean E. Story, Esq. (NBN 13968)
sstory@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775/851-7700
Facsimile: 775/851-7681

Daniel J. Schacht, (Admitted PHV)
dschacht@donahue.com
Eric A. Handler, (Admitted PHV)
ehandler@donahue.com
Noah R. Drake, (Admitted PHV)
ndrake@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520
Telephone: (510) 451-3300
Facsimile: (510) 451-1527

*Attorneys for Plaintiff Red Whale, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RED WHALE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WHALE COFFEE COMPANY LLC, a Nevada limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 3:17-CV-0285-LRH-VPC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

In accordance with a confidential settlement agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Red Whale, LLC ("Red Whale") and Defendant Blue Whale Coffee Company LLC ("Blue Whale"), by and through their undersigned counsel, hereby submit this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE and hereby stipulate and agree that all claims in this action are hereby dismissed with prejudice.

- 1 -

12156-01/2079731.docx

Red Whale and Blue Whale shall each bear its own costs and attorneys' fees incurred in this action.

This Court shall retain jurisdiction to enforce the terms and conditions of the parties' settlement.

Respectfully submitted this 17th day of August, 2018.

| | |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **LAW OFFICES OF THOMAS L. QUALLS, LTD.** |
| */s/ James D. Boyle* | */s/ Thomas L. Qualls* |
| James D. Boyle, Esq. (NBN 08384) <br> Sean E. Story, Esq. (NBN 13968) <br> 800 South Meadows Parkway, Suite 800 <br> Reno, Nevada 89521 | Thomas L. Qualls, Esq. (NBN 08623) <br> 720 Tahoe Street, Suite B <br> Reno, Nevada 89509 |
| DONAHUE FITZGERALD LLP | *Attorney for Defendant* <br> *Blue Whale Coffee Company, LLC* |
| Daniel J. Schacht (Admitted PVH) <br> Eric A. Handler (Admitted PHV) <br> Noah R. Drake (Admitted PHV) <br> 1999 Harrison Street, 25th Floor <br> Oakland, California 94612-3520 | |
| *Attorneys for Plaintiff Red Whale, LLC* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

DATED:_____

12156-01/2079731.docx

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the 17th day of August, 2018, I caused the document entitled **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Thomas L. Qualls, Esq.<br>LAW OFFICE OF THOMAS L. QUALLS, LTD.<br>720 Tahoe Street, Suite B<br>Reno, Nevada 89509 | Defendant Blue Whale Coffee Company, LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

                           */s/ S. Renee Hoban*
                           An Employee of Holley Driggs Walch Fine Wray Puzey & Thompson

12156-01/2079731.docx