# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RED WHALE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WHALE COFFEE COMPANY LLC, a Nevada limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 3:17-CV-0285-LRH-VPC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

In accordance with a confidential settlement agreement between the parties, and pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Red Whale, LLC ("Red Whale") and Defendant Blue Whale Coffee Company LLC ("Blue Whale"), by and through their undersigned counsel, hereby submit this JOINT STIPULATION OF DISMISSAL WITH PREJUDICE and hereby stipulate and agree that all claims in this action are hereby dismissed with prejudice.

| | |
|---|---|
| 1 | Red Whale and Blue Whale shall each bear its own costs and attorneys' fees |
| 2 | incurred in this action. |

This Court shall retain jurisdiction to enforce the terms and conditions of the parties' settlement.

Respectfully submitted this 17th day of August, 2018.

| HOLLEY DRIGGS WALCH<br>FINE WRAY PUZEY & THOMPSON | LAW OFFICES OF THOMAS L.<br>QUALLS, LTD. |
|---|---|
| */s/ James D. Boyle* | */s/ Thomas L. Qualls* |
| James D. Boyle, Esq. (NBN 08384)<br>Sean E. Story, Esq. (NBN 13968)<br>800 South Meadows Parkway, Suite 800<br>Reno, Nevada 89521 | Thomas L. Qualls, Esq. (NBN 08623)<br>720 Tahoe Street, Suite B<br>Reno, Nevada 89509 |
| | *Attorney for Defendant*<br>*Blue Whale Coffee Company, LLC* |

DONAHUE FITZGERALD LLP

Daniel J. Schacht (Admitted PVH)
Eric A. Handler (Admitted PHV)
Noah R. Drake (Admitted PHV)
1999 Harrison Street, 25th Floor
Oakland, California 94612-3520

*Attorneys for Plaintiff Red Whale, LLC*

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2018